**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MICHAEL FRYE,

    Plaintiff,

v.                                       CASE NO. 3:19cv4285-MCR-HTC

BLACKWATER RIVER
CORECTIONAL FACILITY, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 7, 2020. ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against the Defendants are **DISMISSED WITHOUT PREJUDICE** for abuse of the judicial process.

3. The clerk shall close the file.

**DONE AND ORDERED** this 10th day of February 2020.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**